UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT RAMIREZ,<br><br>            Plaintiff,<br><br>    v.<br><br>E. ROSE,<br><br>            Defendant. | No. 2:19-cv-0827 KJN P<br><br>ORDER APPOINTING LIMITED<br>PURPOSE COUNSEL FOR SETTLEMENT |

       Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On May 9, 2019, plaintiff filed a motion to appoint counsel. (ECF No. 2.) Plaintiff filed a motion to appoint counsel for limited purposes on August 26, 2019. (ECF No. 18.) The court finds that the appointment of counsel for plaintiff is warranted for the limited purpose of assisting plaintiff prepare for and participate in a settlement conference and will partially grant plaintiff's motions. Rebecca A. Weinstein-Hamilton has been selected from the Court's Pro Bono Attorney Panel to represent plaintiff for this limited purpose and has agreed to be appointed.

       Accordingly, IT IS HEREBY ORDERED that:

       1. Plaintiff's motions for the appointment of counsel (ECF Nos. 2, 18) are partially granted.

////

1

2. Rebecca A. Weinstein-Hamilton is appointed to represent plaintiff as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of assisting plaintiff with preparing for and participating in a settlement conference.

3. Within 21 days, Ms. Weinstein-Hamilton shall contact the Courtroom Deputy, Alexandra Waldrop, at (916) 930-4187, to schedule the settlement conference. (ECF No. 16.)

4. Rebecca A. Weinstein-Hamilton's appointment will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference.

5. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if she has any questions related to the appointment.

6. The Clerk of the Court is directed to serve copies of this order and the August 13, 2019 order (ECF No. 16) upon Rebecca A. Weinstein-Hamilton, Law Office of Rebecca Weinstein-Hamilton, 4034 Prairie Falcon Dr., El Dorado Hills, CA 95762.

Dated: September 4, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/rami0827.31a