UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT RAMIREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>E. ROSE,<br><br>　　　　　Defendant. | No. 2:19-cv-0827 KJN P<br><br>ORDER TO FACILITATE TELEPHONE CALL |

Plaintiff is a state prisoner represented by court appointed counsel Rebecca Ann Weinstein-Hamilton. Communication between appointed counsel and her client is required to finalize preparations for the settlement conference scheduled in this case. By this order, the court directs the Warden and the correctional staff at R.J. Donovan Correctional Facility (RJD) to facilitate a confidential telephone call between appointed counsel and inmate Gilbert Ramirez (BC-8834).

In accordance with the above, IT IS HEREBY ORDERED:

1. The Warden, litigation coordinator, and other correctional staff as needed at RJD, shall facilitate a confidential telephone call between Gilbert Ramirez and his attorney.
2. The confidential telephone call shall be placed on Friday, October 25, 2019, to begin at 10:00 a.m., and shall continue, without interruption, for a maximum of 60 minutes

1

or until completed, whichever is earlier. Correctional staff shall initiate the phone call by calling Ms. Weinstein-Hamilton at (916) 220-3407.

3. The telephone conversation shall be a confidential communication between attorney and client and conducted so as not to be overheard by correctional staff or others. Correctional staff, however, may keep inmate Ramirez under visual surveillance during the conversation.

4. Failure to comply with this order may result in an order requiring the Warden of RJD, or others responsible for the failure to comply, to appear before the court to show cause why sanctions should not be imposed against them.

5. The Clerk of the Court is ordered to serve this order by facsimile (619) 671-7566 and email on the Warden and litigation coordinator at RJD.

IT IS SO ORDERED.

Dated: October 21, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE