UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT RAMIRZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E. ROSE,<br><br>　　　　Defendant. | No. 2:19-cv-0827 KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel. On January 13, 2020, plaintiff filed a motion requesting the court hold all pleadings in abeyance pending resolution of the pending motion for summary judgment. On February 25, 2020, the defendant filed a motion to stay discovery and to modify the discovery and scheduling order pending resolution of the motion for summary judgment.

Good cause appearing, the motions are granted. Discovery on the merits of this action is stayed, and the discovery and pretrial motions deadlines set in the December 3, 2019 Discovery and Scheduling Order are vacated pending resolution of defendant's motion for summary judgment. Such deadlines will be reset, if appropriate, after the motion is resolved.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 35) and defendant's motion (ECF No. 37) are granted as follows:

　　1. Discovery on the merits of this action is stayed;

1

2. The following deadlines are vacated (ECF No. 31): the March 27, 2020 deadline for discovery and the June 12, 2020 deadline for filing pretrial motions; and

3. Such deadlines will be reset, if appropriate, following resolution of defendant's motion for summary judgment.

Dated: March 3, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/rami0827.vac